ROSS JENNINGS V. STATE OF NEBRASKA.

FILED FEBRUARY 11, 1931. NO. 27638.

*Ernest F. Armstrong,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Clifford L. Rein,* contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON EBERLY and DAY, JJ.

PER CURIAM.

This is a proceeding in error brought to this court by Ross Jennings for a review of the judgment of the district court for Johnson county wherein he was convicted of the crime of rape.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.